UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CITY OF MARYSVILLE GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>vs.<br><br>NIGHTHAWK RADIOLOGY HOLDINGS, INC. DR. PAUL BERGER, TIM MAYLEBEN, and GLENN R. COLE,<br><br>　　　　Defendants. | No. CIV 09-659-EJL-CWD<br><br>**JUDGMENT** |

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY, WITHOUT PREJUDICE.**

DATED:  **September 30, 2011**

Honorable Edward J. Lodge
U. S. District Judge